Form odspa–odspab VAN–21
Rev. 12/09

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Abelardo Delgado

**BANKRUPTCY NO.**  1:11–bk–14823–MT

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3210
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 5/17/11

**Address:**
14540 Hamlin St Apt D
Van Nuys, CA 91411

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)   The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2)   Any discharge entered in this case is vacated.

3)   The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

By the Court,

Dated: May 17, 2011

**Kathleen J. Campbell**
Clerk of Court